United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CHARLES GRAGG** *et al.*, <br>     **Plaintiffs,** <br>   vs. <br> **UNITED STATES OF AMERICA** *et al.*, <br>     **Defendants.** | Case No.: 12-CV-03813 YGR <br><br> **ORDER CONTINUING MOTION HEARING** |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE HEREBY NOTIFIED THAT the Hearing on the parties' Cross-Motions for Summary Judgment (Dkt. Nos. 15 & 19) is **CONTINUED** from March 5, 2013 to **Tuesday, April 2, 2013** at **2:00 p.m.** in the Ronald V. Dellums Federal Building, located at 1301 Clay Street, Oakland, California, Courtroom 5.

**IT IS SO ORDERED.**

Date: March 1, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**