**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CHARLES GRAGG** *et al.*, <br>     **Plaintiff(s),** <br>   vs. <br> **UNITED STATES OF AMERICA** *et al.*, <br>     **Defendant(s).** | Case No.: **12-CV-03813 YGR** <br><br> **ORDER VACATING CASE MANAGEMENT CONFERENCE** |

The Case Management Conference set for April 8, 2013 is hereby **VACATED**.

In the event that a Case Management Conference is required in the future, the parties should contact the Courtroom Deputy, Frances Stone, at 510-637-3540, and request to be placed on calendar. A joint statement regarding the status of the case and issues to be addressed at the Case Management Conference must be filed no later than 7 days before any further Case Management Conference.

**IT IS SO ORDERED**.

**Date: April 4, 2013**

                                              **YVONNE GONZALEZ ROGERS**
                                              **UNITED STATES DISTRICT COURT JUDGE**