**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLES GRAGG AND DELORES GRAGG,<br><br>    PLAINTIFF(S),<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    DEFENDANT(S). | Case No.: 12-cv-3813-YGR<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

A Case Management Conference was held in this action on July 22, 2013.

The Court hereby sets the following trial and pretrial dates:

**PRETRIAL SCHEDULE**

| | |
|---|---|
| DISPOSITIVE MOTIONS[1] : Filed by | 8/27/13 |
| JOINT PRETRIAL CONFERENCE STATEMENT: | 12/16/13 |
| PRETRIAL CONFERENCE: | Friday, 1/10/14 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, 1/27/14 at 8:30 a.m. for One day(Bench Trial) |

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: August 14, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.