**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CHARLES GRAGG; DELORES GRAGG,** | Case No.: **12-CV-3813 YGR** |
| **Plaintiffs,** | **ORDER VACATING HEARING** |
| **v.** | |
| **UNITED STATES OF AMERICA;**<br>**COMMISSIONER OF INTERNAL REVENUE,** | |
| **Defendants.** | |

On August 26, 2013, Defendant the United States of America filed its third Motion for Summary Judgment. Dkt. No. 35. The Motion is fully briefed. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court **VACATES** the motion hearing set for October 1, 2013. The matter stands submitted. The Court may, however, order further argument or briefing at a later date.

**IT IS SO ORDERED**.

Date: September 27, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**